UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


MARGETTA LANGLOIS,

     Plaintiff,

v.                              CASE NO.: 8:13-cv-0269-T-23MAP

PASCO CIRCUIT COURT (CIVIL),

     Defendant.

_____/


**ORDER**

     Magistrate Judge Pizzo issues (Doc. 4) a report recommending both denial of Langlois's motion to proceed *in forma pauperis* and dismissal of the complaint.  For the reasons stated in the Judge Pizzo's order, the report and recommendation (Doc. 4) is **ADOPTED**, the motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**, and the complaint and this action are **DISMISSED**.  The clerk is directed to close the case.

     ORDERED in Tampa, Florida, on February 22, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE